3 A.3d 666

**Theresa F. Isabella KENNEDY, Petitioner**

v.

**Maureen McCLAY, Hien Nguyen, Regency Land & Title Service, Inc., Sharon Jaep, Elizabeth DeJesus, Melvin Vy and Jack Trung Nguyen, Respondents.**

**No. 63 EM 2010.**

Supreme Court of Pennsylvania.

Aug. 24, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of August, 2010, the Petition for Allowance of Appeal, treated as a Petition for Relief pursuant to Pa.R.A.P. 123, is **DENIED.**